Monday,
November 28.

The State on the relation of the Board of Commissioners of Daviess County v. Clark and Others.

ERROR to the *Daviess* Circuit Court.

*Per Curiam.*—This case involves the same question, and the same reasoning is applicable, as in the next preceding case. (1)

The judgment is reversed with costs. Cause remanded, &c.